**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jessie SCOTT, a/k/a Jay Scott, Defendant–Appellant.**

**No. 10–6647.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 3, 2010.

Jessie Scott, Appellant Pro Se. Lawrence Joseph Leiser, James L. Trump, Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jessie Scott appeals the district court's order denying his motion to reconsider the

court. Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

denial of his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Scott,* No. 1:04–cr–00453–TSE–1 (E.D. Va. filed Apr. 19, 2010 & entered Apr. 20, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*